PER CURIAM.
Affirmed. Maharaj v. State, 778 So.2d 944 (Fla.2000)(individual defendant may not assert rights under Vienna Convention), cert. denied, — U.S.-, 121 S.Ct. 2563, 150 L.Ed.2d 727 (2001); Saavedra v. State, 622 So.2d 952 (Fla.1993), cert. denied, 510 U.S. 1080, 114 S.Ct. 901, 127 L.Ed.2d 93 (1994); Hamilton v. State, 703 So.2d 1038 (Fla.1997), cert. denied, 524 U.S. 956, 118 S.Ct. 2377, 141 L.Ed.2d 744 (1998); Connor v. State, 803 So.2d 598 (Fla.2001); Conner v. State, 701 So.2d 441 (Fla. 4th DCA 1997); Goodwin v. State, 751 So.2d 537 (Fla.1999).